No. 02–9497. LANE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–9499. MENDEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–9501. BRITO-BETANCOURT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9506. GARCIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–9507. HOUSTON v. HALL, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 02–9510. GIVANS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9513. SIMMONS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9515. GREGORY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.